UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELIZABETH MCDOUGALL,

    Plaintiff,

v.                                                                            CASE NO. 8:21-cv-255-WFJ-JSS

MESACO ENTERPRISES, INC.,

    Defendant.
_____/

## **ORDER**

Before the Court is Plaintiff's motion to strike Defendant's answer (Dkt. 10). Upon consideration, the Court grants the relief requested.

Defendant is a corporation which must be represented by counsel and cannot proceed *pro se*. *See* Local R. 2.02(b)(2), M.D. Fla. ("A party, other than a natural person, can appear through the lawyer only.").[1] Plaintiff contends Defendant's answer (Dkt. 9) is signed by the owner of the Defendant corporation, "who is not a Florida-licensed attorney" or licensed to practice before the Middle District. Dkt. 10 at 2. Plaintiff requests the answer be stricken and Defendant be required to appear through an attorney. *See Colony Ins. Co. v. Total Contr. & Roofing, Inc.*,

---

[1] *See also Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985) (noting that "even where the person seeking to represent the corporation is its president and major stockholder," the corporation must secure its own counsel).

No. 10-23091-Civ, 2010 WL 5093663, at *3 (S.D. Fla. Dec. 8, 2010) (striking corporation's *pro se* answer and citing *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985)).

Based on the well-settled law, Plaintiff's motion (Dkt. 10) is granted. Defendant shall obtain counsel and file its answer through said counsel on or before April 6, 2021.  Defendant is put on notice that failure to timely obtain counsel and file the answer will result in Defendant being subject to a default upon appropriate motion.  Until such time as counsel files a notice of appearance, all future pleadings, notices, and orders, including a copy of this order, shall be served on Defendant at the following address: Mesaco Enterprises, Inc. c/o Roman Mesa, Registered Agent, 8121 Lutz Lake Fern Road, Odessa, Florida 33556.  The Clerk is directed to strike the answer.

**DONE AND ORDERED** at Tampa, Florida, on March 16, 2021.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel of Record
Mesaco Enterprises, Inc. c/o Roman Mesa, Registered Agent, 8121 Lutz Lake Fern Road, Odessa, FL 33556